■ In the Matter of THOMAS RILEY, Petitioner, v GLENN S. GOORD, Respondent. [712 NYS2d 898] —Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the New York State Department of Correctional Services, dated September 4, 1998, which confirmed the determination of a Hearing Officer, dated July 1, 1998, made after a hearing, finding the petitioner guilty of a charge of possessing a weapon, and imposed a penalty.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

The record does not support the petitioner's claim of bias (*see, Matter of Hughes v Suffolk County Dept. of Civil Serv.,* 74 NY2d 833, 834, amended 74 NY2d 942; *Matter of Wood v Cosgrove,* 237 AD2d 616). Furthermore, the hearing testimony, along with the misbehavior report, constituted substantial evidence to support the determination (*see, Matter of Abdur-Raheem v Mann,* 85 NY2d 113, 117; *Matter of Foster v Coughlin,* 76 NY2d 964, 966; *People ex rel. Vega v Smith,* 66 NY2d 130, 139; *Rivera v Selsky,* 266 AD2d 295). Issues of credibility are primarily within the province of the Hearing Officer as the trier of fact, and we find no reason to disturb the determination (*see, Rivera v Selsky, supra*).

The petitioner's remaining contentions lack merit. O'Brien, J. P., Thompson, Altman and Friedmann, JJ., concur.